# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEGA METALS AND IRON, A
NEVADA CORPORATION; SCOTT
PARRIS, AN INDIVIDUAL; MARIO
PLASCENSCIA, AN INDIVIDUAL; AND
DMITRY GORTOVNIK, AN
INDIVIDUAL, AND COLLECTIVELY
IN THEIR CAPACITY AS OWNERS
AND OFFICERS OF MEGA METALS
AND IRON,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
JOSEPH CHEN, AN INDIVIDUAL;
AND CELIA CHEN, AN INDIVIDUAL,
Real Parties in Interest.

No. 76714

**FILED**

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order denying a motion for partial judgment on the pleadings. Petitioners have failed to include the challenged district court order or the motion and related pleadings in the record submitted to this court. NRAP 21(a)(4) (providing that a petition for extraordinary relief must provide this court with any order of the district court and parts of the trial court record that are essential to understanding the issues presented in the petition). Without that information, the writ petition does not show that the law clearly compels a writ in petitioners' favor, and petitioners have not shown that writ relief is warranted. *See* NRS 34.160; *Pan v. Eighth Judicial Dist.*

18-35966

*Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004). Thus, we conclude that our intervention by way of extraordinary relief is not warranted. *See* NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:     Hon. Nancy L. Allf, District Judge
        Fennemore Craig, P.C./Las Vegas
        Laxalt & Nomura, Ltd./Reno
        Eighth District Court Clerk

